**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01806-CMA-MEH

CARLA MOTEN,
DOROTHY CONVERSE,
LISA CHILDS,
LYNET SILLS,
VERA EVANS, and
LORI NEVAREZ,

    Plaintiffs,

v.

JOHN E. POTTER, Postmaster General, and
UNITED STATES POSTAL SERVICE,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the Court on the parties' Stipulation of Dismissal (Doc. # 32). In consideration of this stipulation, the Court hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

    DATED:  June __11__, 2009

                                                     BY THE COURT:

                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Judge